# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/10

MAY 11 2010
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

**JOSHUA B. WAXMAN**
202.887.4209/fax: 202.887.4288
jwaxman@akingump.com

May 10, 2010

RECEIVED
MAY 11 2010
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

**VIA MESSENGER**

Honorable William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

    Re:   *Kopera v. Home Depot U.S.A., Inc.*, Case No. 09-cv-08337 (WHP) (HP)

Dear Judge Pauley:

    This firm represents defendant Home Depot U.S.A., Inc. ("Defendant") in the above-entitled matter. Pursuant to Section 5 of Your Honor's Individual Practices, we respectfully request leave to file under seal on May 12, 2010 certain exhibits to the Declaration of Joshua B. Waxman in Support of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification.

    The exhibits at issue include or reference copies of documents and/or excerpts from documents and/or information that are the confidential information of defendant or third parties. Pursuant to the Stipulated Protective Order Regarding Confidential Discovery Material entered by the Court on March 2, 2010 (docket no. 18), the parties have agreed that any such confidential material will only be filed or submitted to the Court under seal. Therefore, Defendant respectfully requests that the Court grant Defendant leave to file the exhibits at issue under seal.

                        Respectfully submitted,

                          Joshua B. Waxman

cc:   Olimpio Lee Squitieri, Esq. (via email)
       Caitlin Duffy, Esq. (via email)

Application Granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

Robert S. Strauss Building / 1333 New Hampshire Avenue, N.W. / Washington, D.C. 20036-1564 / 202.887.4000 / fax: 202.887.4288 / www.akingump.com